# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID L. WILLIAMS

NO. 2023 KW 0998

**NOVEMBER 6, 2023**

---

In Re:     David L. Williams, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-13-0241.

---

**BEFORE:     THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's "Motion for Discovery, Inspection, and Bill of Particulars," filed July 19, 2023, on or before December 6, 2023, if it has not already done so. A copy of the district court's action shall be filed in this Court on or before December 13, 2023.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT